# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| CALVIN CHILDRESS and JOLENE LOYD, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 09-3133-CV-S-RED |
| OZARK DELIVERY OF MISSOURI, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendant Employer Advantage L.L.C.'s Motion to Stay Proceedings Pending Arbitration or in the Alternative to Stay the Scheduling Order and for a Hearing (Doc. 52). The deadline for opposition has passed without opposition by any party. After careful consideration, the Court **GRANTS** the Motion (Doc. 52). This case is hereby **STAYED** pending further order of this Court. The parties shall advise the Court on the status of arbitration sixty (60) days from the date of this Order and every sixty (60) days thereafter. In any event, the parties shall immediately advise the Court of any dispositive activity in the arbitration.

**IT IS SO ORDERED.**

DATED: December 13, 2010        /s/ Richard E. Dorr
                                RICHARD E. DORR, JUDGE
                                UNITED STATES DISTRICT COURT