IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CALVIN CHILDRESS, et al. On Behalf of Themselves and of all Others Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 09-CV-3133-RED |
| OZARK DELIVERY OF MISSOURI L.L.C. and | )<br>) |
| KLEIN CALVERT, | ) |
| and EMPLOYER ADVANTAGE, L.L.C. | ) |
| Defendants. | ) |

## PARTIES' FEBRUARY 2012 STATUS REPORT

Pursuant to the December 13, 2010 Order of this Court, Employer Advantage, LLC ("Employer Advantage") hereby provides the Court with the following status report regarding the arbitration.

As stated in the previous Status Report, the parties retained the services of Honorable Harold Lowenstein to serve as the arbitrator to hear and resolve the dispute between Ozark Delivery of Missouri, LLC and Klein Calvert, on the one hand, and Employer Advantage on the other.

Since the previous Status Report, the parties resolved their discovery dispute. The parties are now in the process of preparing dispositive motions.

The parties will provide their next status report by April 16, 2012.

1

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ John K. Power
    John Power                    MO Bar No. 35312
    Patrick M. Gavin           MO Bar No. 43696
    4801 Main Street, Suite 1000
    Kansas City, Missouri 64112
    Telephone: (816) 983-8000
    Facsimile: (816) 983-8080
    john.power@huschblackwell.com
    patrick.gavin@huschblackwell.com

*Attorneys for Employer Advantage*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies the foregoing was filed via the Court's CM/ECF System on this 15th day of February, 2012 and therefore electronically served upon:

**Brendan J. Donelon**
DONELON, P.C.
802 Broadway St., 7th Floor
Kansas City, MO 64105
(816)221-7100
Fax: (816)472-6805
Email: brendan@donelonpc.com

and

**Charles Jason Brown**
Brown & Associates, LLC
204B North US 169 Highway
PO BOX 125
Trimble, MO 64492-0125
(816) 505-4529
Fax: (816) 357-2101
Email: kclawyerbrown@yahoo.com

ATTORNEYS FOR PLAINTIFFS

2

**Jason N. Shaffer**
1021 E. Walnut
Springfield, MO 65806
(417) 866-9993
Fax: (417) 882-1769
Email: jnshaffer@prodigy.net

ATTORNEY FOR DEFENDANT
OZARK DELIVERY OF MISSOURI L.L.C.

                                         /s/ *John K. Power*
                                       An attorney for Employer Advantage