IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CALVIN CHILDRESS, et al. On Behalf of Themselves and of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No.: 09-CV-3133-RED |
| OZARK DELIVERY OF MISSOURI L.L.C. and | ) ) ) | |
| KLEIN CALVERT, | ) ) | |
| and EMPLOYER ADVANTAGE, L.L.C. | ) ) ) | |
| Defendants. | ) | |

## PARTIES' JUNE 2013 STATUS REPORT

Pursuant to the Order of this Court, Employer Advantage, LLC ("Employer Advantage") hereby provides the Court with the following status report regarding the arbitration.

Counsel has been working on the summary judgment motion but was unable to complete it as he had hoped. Counsel will continue to work on the motion and he hopes to get it submitted in the near future.

The parties will provide their next status report by August 16, 2013.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *John K. Power*
    John Power          MO Bar No. 35312
    4801 Main Street, Suite 1000
    Kansas City, Missouri 64112
    Telephone: (816) 983-8000
    Facsimile: (816) 983-8080
    john.power@huschblackwell.com

*Attorneys for Employer Advantage*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies the foregoing was filed via the Court's CM/ECF System on this 26th day of June, 2013 and therefore electronically served upon:

**Brendan J. Donelon**
DONELON, P.C.
802 Broadway St., 7th Floor
Kansas City, MO 64105
(816)221-7100
Fax: (816)472-6805
Email: brendan@donelonpc.com

and

**Charles Jason Brown**
Brown & Associates, LLC
204B North US 169 Highway
PO BOX 125
Trimble, MO 64492-0125
(816) 505-4529
Fax: (816) 357-2101
Email: kclawyerbrown@yahoo.com

ATTORNEYS FOR PLAINTIFFS

**Jason N. Shaffer**
1021 E. Walnut
Springfield, MO 65806
(417) 866-9993
Fax: (417) 882-1769
Email: jnshaffer@prodigy.net

ATTORNEY FOR DEFENDANT
OZARK DELIVERY OF MISSOURI L.L.C.

/s/ *John K. Power*
An attorney for Employer Advantage

2

KCP-4099279-14