# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **CALVIN CHILDRESS, et al.** )<br>)<br>On Behalf of Themselves and )<br>all Others Similarly Situated, )<br>) <br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**OZARK DELIVERY OF MISSOURI,** )<br>**L.L.C.** )<br>)<br>Defendant. ) | Case no.: 09-3133-RED |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of July, 2014 the original of Defendant Employer Advantage, LLC's Requests for Production of Documents, Requests for Admission and Interrogatories to All Plaintiffs were served by U.S. mail, postage prepaid regular mail to Plaintiffs' counsel of record Brendan J. Donelon**,** DONELON, P.C., 420 Nichols Road, Suite 200, Kansas City, MO 64112, along with a CD containing Word versions of all discovery requests. With copies to all other parties.

        Respectfully submitted,

        HUSCH BLACKWELL LLP

        By:    /s/ John Power
           John Power       MO #35312
           4801 Main Street, Suite 1000
           Kansas City, Missouri 64112
           Telephone: (816) 983-8000
           Facsimile: (816) 983-8080
           john.power@huschblackwell.com

        *Attorneys for Employer Advantage*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 30th day of July, 2014, the foregoing was served by the court's CM/ECF filing system upon:

Brendan J. Donelon
DONELON, P.C.
420 Nichols Road, Suite 200
Kansas City, MO 64112
(816)221-7100
Fax: (816)709-1044
Email: brendan@donelonpc.com

and

Jason Brown
Brown & Associates, LLC
301 S. US 169 Hwy
Gower MO 64454

ATTORNEYS FOR PLAINTIFFS

Jason N. Shaffer
1655 S. Enterprise
Suite A2
Springfield, Missouri 65804
(417) 866-9993 Telephone
(417) 886-3979 Fax
Email: jnshaffer@prodigy.net

ATTORNEY FOR DEFENDANT
OZARK DELIVERY OF MISSOURI L.L.C.

                                             /s/ John Power
                                             An attorney for Employer Advantage